# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK
_____ No. 08 CV 1080

LBA INTERNATIONAL LIMITED
                         *Plaintiff,*

    *-against-*

C.E. CONSULTING LLC, ET ANO,
                        *Defendants.*
_____

State Of New York, County of New York SS:
**JAMES CAGNEY**
Being duly sworn, deposes and says that he is over the age of 18 years, is not a party to this action and resides in New York.

That on the **25**$^{TH}$ day of **JUNE 2008**, At: **7:10 PM**

At: **345 EAST 93**$^{RD}$ **STREET, NEW YORK, NEW YORK 10128**

Deponent served the Annexed: **SUMMONS AND COMPLAINT**

Upon: **PATRICIA BURNS**

### 308 (2) ALTERNATIVE METHOD (SUITABLE AGE PERSON)
By delivering thereat a true copy to **PETER NIEM (CONCIERGE)** a person of suitable age and discretion. Said premises are defendant's last known residence within the state.
Concierge informed deponent, that he can not let him go up to the apartment door, that he, the concierge, can accept the legal documents as he has many times in the past for various tenants.

### MAILING
ON JUNE 26TH, 2008 - Deponent also enclosed a copy of same in a postpaid sealed wrapper properly marked **Personal and Confidential** and addressed to **PATRICIA BURNS, 345 EAST 93**$^{RD}$ **STREET, APT. 7A, NEW YORK, NEW YORK 10128** defendant's last residence -and deposited said wrapper in - a post office - under the exclusive care and custody of the United States Postal Service within the State of New York.

### DESCRIPTION - Deponent describes the individual served or spoken to as follows:
Sex: **MALE** Color: **BROWN** Hair: **BROWN** App. Age: **34** App. Ht: **5'8"** App. Wt. **140**
Other identifying features:

Sworn to before me this 30TH
day of **JUNE 2008**

*/s/ Jolantyna Cagney*
**JOLANTYNA CAGNEY**
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New Yok County
Commission Expires June 14, 2012

*/s/ James Cagney*
JAMES CAGNEY 124-0081