UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LBA INTERNATIONAL LIMITED,          :
                                    :   Case Number: 08 CV 01080 (DAB)
         Plaintiff,                 :
                                    :
                                    :   NOTICE OF DISMISSAL
    -against-                       :   WITHOUT PREJUDICE
                                    :
C.E. CONSULTING LLC and PATRICIA    :
BURNS, Individually,                :
                                    :
         Defendants.                :
------------------------------------------------------X

Plaintiff LBA International Limited ("LBA"), by and through its attorneys, Clyde & Co US LLP, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby files this Notice of Dismissal, dismissing, without prejudice, its Complaint in the within action.

Dated: July 29, 2008
       New York, New York

                                        CLYDE & CO US LLP

                                By:     _____
                                        Christopher Carlsen, Esq. (CC9628)
                                        The Chrysler Building, 11th Floor
                                        405 Lexington Avenue
                                        New York, New York 10174
                                        (212) 710-3900

                                        Attorneys for Plaintiff

To:  C.E. Consulting LLC
     1385 York Avenue
     Suite 33G
     New York, New York 10021

     Patricia Burns
     345 E. 93rd Street, Apt. 7A
     New York, New York 10128-5517

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

     Melissa Vorozilchak, being duly sworn, deposes and says that deponent is not a party of this action, is over 18 years of age and resides in New York, New York.  On July 29, 2008 deponent served the within **NOTICE OF DISMISSAL WITHOUT PREJUDICE** upon:

C.E. Consulting LLC
1385 York Avenue
Suite 33G
New York, New York 10021

and

Patricia Burns
345 E. 93rd Street, Apt. 7A
New York, New York 10128-5517

The address(es) designated by said attorney(s) for that purpose by depositing a true copy thereof enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Melissa Vorozilchak

Sworn to before me this
29th day of July, 2008

_____
Notary Public

PATRICIA A. DONNELLY
Notary Public, State of New York
No. 01DO5087441
Qualified in New York County
Commission Expires Nov. 30, 2009