USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 31Jul08

Batts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LBA INTERNATIONAL LIMITED,

                Plaintiff,

      -against-

C.E. CONSULTING LLC and PATRICIA
BURNS, Individually,

                Defendants.
------------------------------------------------------X

Case Number: 08 CV 01080 (DAB)

NOTICE OF DISMISSAL
WITHOUT PREJUDICE

Plaintiff LBA International Limited ("LBA"), by and through its attorneys, Clyde & Co US LLP, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby files this Notice of Dismissal, dismissing, without prejudice, its Complaint in the within action.

Dated: July 29, 2008
       New York, New York

                                       CLYDE & CO US LLP

                      By: _____
                              Christopher Carlsen, Esq. (CC9628)
                              The Chrysler Building, 11th Floor
                              405 Lexington Avenue
                              New York, New York 10174
                              (212) 710-3900

                              Attorneys for Plaintiff

To: C.E. Consulting LLC
     1385 York Avenue
     Suite 33G
     New York, New York 10021

     Patricia Burns
     345 E. 93rd Street, Apt. 7A
     New York, New York 10128-5517

*Deborah A. Batts*
7/31/08